**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**BIG STONE GAP DIVISION**

| | |
|---|---|
| KEITH CARROLL,                     )  | |
|                                                        ) | |
|     Plaintiff,                    ) | |
|                                                        ) | |
| v.                                           ) | Case No. 2:17-cv-00051-JPJ-PMS |
|                                                        ) | Judge James P. Jones |
| POWELL VALLEY NATIONAL BANK  ) | Magistrate Judge Pamela Meade Sargent |
| ("PVNB"),                            ) | |
|                                                        ) | |
|     Defendant.                 ) | |

**NOTICE OF SETTLEMENT**

TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the parties have reached a settlement of the above-captioned matter and are in the process of memorializing the terms of the settlement in a written agreement. It is anticipated a dismissal of the entire action with prejudice will be filed within twenty five (25) days of the date of this Notice.

    Respectfully submitted,

    /s/Thomas Strelka
    Thomas E. Strelka, VA Bar No. 75488
    L. Leigh R. Strelka, VA Bar No. 73355
    STRELKA LAW OFFICE, PC
    119 Norfolk Avenue, SW, Warehouse Row, Suite 330
    Roanoke, Virginia 24011
    Phone: (540) 283-0802
    thomas@strelkalaw.com
    leigh@strelkalaw.com