IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| KEITH CARROLL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) Case No: 2:17CV00051 |
| v. | ) |
| | ) |
| POWELL VALLEY NATIONAL BANK ("PVNB"), | ) |
| | ) |
|     Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION
WITH PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

TO THE COURT AND ALL PARTIES:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff KEITH CARROLL hereby voluntarily dismisses his Complaint in the above-entitled action with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: February 6, 2018

                                         Respectfully submitted,

                                         /s/ Thomas E. Strelka
                                         Thomas E. Strelka, VA Bar No. 75488
                                         L. Leigh R. Strelka, VA Bar No. 73355
                                         STRELKA LAW OFFICE, PC
                                         119 Norfolk Avenue, SW,
                                         Warehouse Row, Suite 330
                                         Roanoke, Virginia 24011
                                         Phone: (540) 283-0802
                                         thomas@strelkalaw.com
                                         leigh@strelkalaw.com

Scott J. Ferrell, Esq.
Victoria Knowles, Esq.
Pacific Trial Attorneys
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Phone: (949) 706-6464
Fax: (949) 706-6469
sferrell@pacifictrialattorneys.com
vknowles@pacifictrialattorneys.com

*Counsel for Plaintiff*